IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel

Criminal Action No. 07-cr-00386-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CRYSTAL URQUIZA,

        Defendant.

---

**ORDER TO QUASH PETITION FOR ISSUANCE OF SUMMONS DUE TO VIOLATIONS OF SUPERVISED RELEASE**

---

        THIS MATTER was before the Court for a supervised release violation hearing on June 8, 2012, upon report of the probation officer that the defendant violated the terms and conditions of her supervised release. The defendant admits guilt to alleged violations 1 through 4.

        THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, scheduled a status hearing for July 3, 2012, and if no further violations had occurred, defense counsel was to file a stipulation and proposed order for dismissing violations as admitted on record. Upon motion by defense counsel, the status conference was vacated as the defendant has not further violated the terms and conditions of her supervised release. The defendant is scheduled to terminate from supervised release on July 8, 2012. Therefore, it is

        ORDERED that the Petition for Issuance of Summons due to Violations of Supervised Release be quashed.

        DATED this 11th day of July, 2012.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        Chief United States District Judge